**Exhibit A to the Complaint**

**Location:** New Cumberland, PA
**Total Works Infringed:** 36

**IP Address:** 98.111.118.254
**ISP:** Verizon Internet Services

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 1A04A8B73CC101C75AD374FE0F31540B3192ECCD | 09/11/2026 03:03:39 | Vixen | 01/02/2026 | 01/07/2026 | PA0002559445 |
| 2 | FCB25B28F4CF5CBD822E7DD93F9D4070095F9091 | 09/09/2026 00:58:33 | Vixen | 08/15/2026 | 08/19/2026 | PA0002599823 |
| 3 | C36719D71CF2ED53D172DE96DF6E9DCE7222C37B | 09/09/2026 00:40:08 | Tushy | 09/06/2026 | 09/09/2026 | PA0002603241 |
| 4 | 335001E7489A937E06C2B8B67AE9D9515B643093 | 09/09/2026 00:39:51 | Vixen | 08/30/2026 | 09/09/2026 | PA0002603237 |
| 5 | 37C4D2B7375EBB947B365EA5386FBED6283A9D5C | 09/04/2026 00:40:25 | Blacked Raw | 09/03/2026 | 09/09/2026 | PA0002603244 |
| 6 | CE38A78465A418A8AA7254EE8DE8EBADF5FFD95A | 09/01/2026 05:15:00 | Tushy | 08/30/2026 | 09/09/2026 | PA0002603239 |
| 7 | A02CE77F41A87542BF8F07781CC44CE430A220B1 | 08/28/2026 03:40:17 | Milfy | 08/26/2026 | 09/02/2026 | PA0002602224 |
| 8 | AEBE40B28118CB9919AE144752153B9F4EAEA58A | 08/26/2026 03:43:45 | Blacked Raw | 08/24/2026 | 09/02/2026 | PA0002602226 |
| 9 | 07109EEAF366A13FA7D0828AE493C25C18BD0F94 | 08/26/2026 03:29:12 | Vixen | 08/25/2026 | 09/02/2026 | PA0002602239 |
| 10 | E742F8C4106AA96582758471FAD31343D0F04482 | 08/23/2026 23:06:52 | Tushy | 08/23/2026 | 08/26/2026 | PA0002601063 |
| 11 | 2F2A9D8EB48311159565E4CAD92C22B0403DCC43 | 08/19/2026 00:15:15 | TushyRaw | 08/16/2026 | 08/19/2026 | PA0002599827 |
| 12 | DBBC392853FA237EA8043C651E322B3B48C097F5 | 08/18/2026 04:00:03 | Tushy | 08/16/2026 | 08/26/2026 | PA0002601071 |
| 13 | 4E787A6278DCED56C5378B4C94EE012278838D14 | 08/12/2026 03:28:35 | Vixen | 08/10/2026 | 08/19/2026 | PA0002599833 |
| 14 | 45C3EE0585C1B82AE64F4B5CAF44CBDFD7D8F956 | 08/12/2026 03:27:57 | Blacked | 07/12/2025 | 07/22/2025 | PA0002541659 |
| 15 | 0AB1C75FF4F44CA614A438104AD28140436546DD | 08/05/2026 02:05:22 | Blacked Raw | 08/04/2026 | 08/12/2026 | PA0002598666 |
| 16 | 6921A222EA3897E8470D511602F570E8D5ED0536 | 08/04/2026 23:29:14 | TushyRaw | 08/02/2026 | 08/05/2026 | PA0002597691 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 42CF9135801DF70B3316CC344812753B29D2F2F6 | 08/04/2026 23:28:48 | Vixen | 07/26/2026 | 07/29/2026 | PA0002596419 |
| 18 | E6B552BCC5B893921AAD600D397B58843A84FD6F | 07/24/2026 00:30:46 | Blacked Raw | 07/20/2026 | 07/29/2026 | PA0002596412 |
| 19 | 58EBECB2D9F2B637A8EAE49794C0E26008EA5909 | 07/24/2026 00:28:13 | TushyRaw | 07/19/2026 | 07/29/2026 | PA0002596421 |
| 20 | 0BB5878C704DFC0E351118465F287E7FD6355BA6 | 07/17/2026 03:03:03 | Blacked | 07/02/2026 | 07/08/2026 | PA0002592490 |
| 21 | CD9B07913FFD4C0A2D498D23C9D175C9945B7DAF | 07/15/2026 06:13:19 | Tushy | 05/17/2026 | 05/29/2026 | PA0002586674 |
| 22 | 9DA195AEC5E6CFD78FE523852C4F2399FC0E637B | 07/15/2026 06:12:21 | Blacked | 05/13/2026 | 05/29/2026 | PA0002586680 |
| 23 | 76321BD39F0CB9E0B52CBF0C96E04CE211268854 | 07/15/2026 06:12:09 | Vixen | 04/22/2026 | 04/24/2026 | PA0002582849 |
| 24 | D9D05C033E20DF3754F513A72BB2C5365ABC0C2A | 07/15/2026 06:06:24 | TushyRaw | 01/04/2026 | 01/07/2026 | PA0002559442 |
| 25 | D494C293049BFE39B0B791A55F3C6873FF5B3A01 | 07/15/2026 05:54:25 | TushyRaw | 02/01/2026 | 02/04/2026 | PA0002565323 |
| 26 | 82D2987CF6B36CBADE354BB783A0C028CB059F6A | 07/15/2026 05:53:45 | TushyRaw | 03/01/2026 | 03/09/2026 | PA0002572008 |
| 27 | 7350CE008E4D72E1005206061C06CB444D5B8C5D | 07/15/2026 05:53:33 | TushyRaw | 02/15/2026 | 02/20/2026 | PA0002568786 |
| 28 | 5B9A31EF35122DD81EDC05245A7886EC24A94267 | 07/15/2026 05:52:08 | TushyRaw | 04/12/2026 | 04/24/2026 | PA0002580885 |
| 29 | 1A43D935F1AAF4C33F5FB09CD97EECF4F77E2299 | 07/15/2026 05:49:55 | TushyRaw | 03/29/2026 | 04/07/2026 | PA0002577412 |
| 30 | A873593CF6968D5938CC9B30A945FC6DEC8EDB99 | 07/15/2026 05:45:07 | TushyRaw | 04/26/2026 | 05/06/2026 | PA0002582405 |
| 31 | 52DDE0D2C38D59DCE9AC6343A9C759965F113E54 | 07/15/2026 05:44:42 | TushyRaw | 05/10/2026 | 05/29/2026 | PA0002586668 |
| 32 | 086A7405107F28097D568F86212FD5F6CE61FF25 | 07/15/2026 05:43:08 | TushyRaw | 05/24/2026 | 05/29/2026 | PA0002586667 |
| 33 | DEF2C778F52931B9BF133225C4486167D28FB75D | 07/15/2026 05:40:57 | TushyRaw | 06/07/2026 | 06/17/2026 | PA0002589750 |
| 34 | 99517623B15A1EAFCD7CA70783459A19E6D0F7D4 | 07/15/2026 05:40:54 | TushyRaw | 07/05/2026 | 07/08/2026 | PA0002592486 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 998075EB56493950A4AEEA1EFEA2CB787F5ACB29 | 07/15/2026 05:06:11 | Vixen | 07/11/2026 | 07/15/2026 | PA0002593953 |
| 36 | 9FED16CC1BCE56B54FA9BFADC152A6DE07466E43 | 07/15/2026 04:59:21 | Blacked | 07/12/2026 | 07/15/2026 | PA0002593956 |